O

JS-6/ENTER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS A. ROMERO,<br><br>                    Petitioner,<br><br>          v.<br><br>PEOPLE,<br><br>                    Respondent. | Case No. CV 14-7615 AG (JCG)<br><br>**JUDGMENT** |

        IT IS ADJUDGED that the above-captioned action is **DISMISSED**
**WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily
Dismissing Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying
Certificate of Appealability.


DATED:  October 9, 2014          _____

                              HON. ANDREW J. GUILFORD
                              UNITED STATES DISTRICT JUDGE